# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LACAL LUCKY WILSON

NO. 2024 KW 0895

**DECEMBER 4, 2024**

---

In Re:    Lacal Lucky Wilson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 374567.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

  **WRIT DENIED.** This writ application seeking sentencing relief appears to be filed in this court in the first instance. Relator must first seek relief in the district court.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT